# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CELLTEX THERAPEUTICS CORPORATION, § § § Plaintiff, § § v. § Case No. _____ § R BIO CO. LTD. and HUMAN § BIOSTAR, INC., § § Defendants. § | |

## INDEX OF MATTERS BEING FILED

Pursuant to Local Rule 81.5, Defendant/Counter-Plaintiff R Bio Co. Ltd. f/k/a K-Stemcell Co., Ltd. f/k/a RNL Bio Co. Ltd. hereby files this Index of Matters Being Filed concurrently with its accompanying Notice of Removal:

| Exhibit | Document Description | Date |
|---|---|---|
| A | Index of Matters Being Filed | 06/08/18 |
| B | Harris County Docket Sheet | N/A |
| B.1 | Index of State Court Filing | N/A |
| B.2 | Plaintiff's Original Petition and accompanying exhibit | 11/17/17 |
| B.3 | Civil Case Information Sheet | 11/17/17 |
| B.4 | Civil Process Request Form for Biostar | 11/17/17 |
| B.5 | Plaintiff's First Amended Petition with accompanying exhibit | 11/21/17 |
| B.6 | Civil Process Request Form for R Bio | 11/21/17 |
| B.7 | Civil Process Pick-Up Form | 11/22/17 |
| B.8 | Citation to Biostar | 12/11/17 |
| B.9 | Citation to R Bio | 12/18/17 |
| B.10 | Rule 11 Agreement re: Waiver of Service | 12/20/17 |

| B.11 | Amended Rule 11 Agreement re: Waiver of Service | 01/19/17 |
|---|---|---|
| B.12 | Defendants' Original Answer | 03/02/18 |
| B.13 | Defendants' Certificate of Written Discovery | 03/14/18 |
| B.14 | Defendants' First Amended Original Answer, Special Exceptions, and Counterclaims | 03/14/18 |
| B.15 | Amended Rule 11 Agreement re: Extension of R Bio's Deadline to Respond to Discovery | 03/09/18 |
| B.16 | Rule 11 Agreement re: Extension of Celltex's Deadline to Respond to Discovery | 03/16/18 |
| B.17 | Plaintiff's Second Amended Petition | 03/28/18 |
| B.18 | Defendants' Second Amended Original Answer, Special Exceptions, and Counterclaims | 04/02/18 |
| B.19 | Agreed Confidentiality Order | 04/18/18 |
| B.20 | Plaintiff/Counter-Defendant's Special Exceptions to Defendants/Counter-Plaintiffs' Second Amended Original Answer, Special Exceptions, and Counterclaims | 04/19/18 |
| B.21 | Plaintiff's Third Amended Petition | 05/10/18 |
| B.22 | Counter-Defendant's Original Answer to Counter-Plaintiffs' Second Amended Counterclaims | 05/10/18 |
| B.23 | Defendants' Third Amended Answer, Special Exceptions, and Counterclaims | 05/14/18 |
| B.24 | Defendants' Notice of Association of Counsel | 05/14/18 |
| B.25 | Rule 11 Agreement re: Extension of R Bio's Deadline to Respond to Discovery | 05/21/18 |
| B.26 | Defendants' Fourth Amended Answer and Counterclaims | 06/08/18 |
| C | Unsworn Declaration of Hokyeom Kim | 06/08/18 |
| D | List of Counsel of Record | 06/08/18 |
| E | Notice of Removal Given to State Court | 06/08/18 |

2