IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CELLTEX THERAPEUTICS CORPORATION**  *Plaintiff/Counter-Defendant,*  VS.  **R BIO CO., LTD. and HUMAN BIOSTAR, INC.,**  *Defendants/Counter-Plaintiffs.* | §§§§§§§§§§§§ | Civil Action 4:18-cv-01901 |

## AGREED REPORT TO COURT AND UNOPPOSED REQUEST TO POSTPONE STATUS CONFERENCE

Celltex asked the Court on April 7, 2021 to set a status conference, which the Court set for May 5, 2021. In the time since our request, counsel for the parties have conferred on numerous occasions about the path forward. The parties have agreed that Defendants will expeditiously seek documents, and any related depositions, limited to the issue of Defendants' damages, to which Celltex will promptly respond. The goal is to put Defendants in a position to discuss settlement with Celltex in the near future.

Celltex, with Defendants' consent, therefore asks the Court to postpone the status conference for 90 days to permit the parties to discuss settlement of the case. The parties will report to the Court sooner if they are able to reach an agreement or have reached an impasse.

This motion is unopposed.

|  |  |
|---|---|
| *Dated May 3, 2021.* | Respectfully submitted, |

                                       **FOGLER, BRAR, O'NEIL & GRAY LLP**

                                       */s/ Murray Fogler*
                                       Murray Fogler
                                       Attorney-in-Charge
                                       State Bar No. 07207300
                                       Federal I.D. No. 2003
                                       mfogler@foglerbrar.com
                                       Robin O'Neil
                                       State Bar No. 24079075
                                       Federal I.D. No. 1618035
                                       roneil@foglerbrar.com
                                       2 Houston Center
                                       909 Fannin, Suite 1640
                                       Houston, Texas 77010
                                       Telephone: (713) 481-1010
                                       Facsimile: (713) 574-3224

                                       Meg Boulware
                                       State Bar No. 06117700
                                       Federal I.D. No. 3411
                                       mboulware@boulwarevaloir.com
                                       Sparkle Ellison
                                       State Bar No. 24082961
                                       Federal I.D. No. 3277871
                                       sellison@boulwarevaloir.com
                                       2603 Augusta Drive, Suite 1350
                                       Houston, Texas 77057
                                       Telephone: (832) 369-7850
                                       Facsimile: (713) 650-6458

                                       **ATTORNEYS FOR PLAINTIFF/ COUNTER-DEFENDANT CELLTEX THERAPEUTICS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, a true and correct copy of the foregoing document was served on all counsel of record through the Court's electronic filing system.

/s/     *Robin O'Neil*
Robin O'Neil