UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 03, 2021
Nathan Ochsner, Clerk

|   |   |   |
|---|---|---|
| ,                       | § |   |
|                         | § |   |
| *versus*                | § | Civil Action 4:18−cv−01901 |
|                         | § |   |
| Human Biostar, Inc..    | § |   |

## Order Resetting Conference

1. The pretrial conference has been reset to:

   August 4, 2021
   at 10:30 AM

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

   Signed on May 3, 2021, at Houston, Texas.

   Lynn N. Hughes   USDJ
   United States District Judge